UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: ____13-25499 JNP____ |
| David E. Jenkins | Chapter: ____13____ |
| | Judge: ____Jerrold N. Poslusny Jr.____ |

---

**NOTICE OF PROPOSED PRIVATE SALE**

---

_____David E. Jenkins_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk:   Jeanne Naughton
> Bankruptcy Clerk
> 50 Walnut St., 3rd Floor
> Newark, NJ 71020

If an objection is filed, a hearing will be held before the Honorable ____Jerrold N. Poslusny Jr.____ on ____December 12, 2017____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, ____Camden, New Jersey____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:   1808 Cornus Court Williamstown, NJ 08096

> Proposed Purchaser:   Leanne B. Thompson

> Sale price:  345000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

> Name of Professional:  David O'Neal/BHHS Fox and Roach Realtors
>
> Amount to be paid:   7%
>
> Services rendered:   Assist with sale and marketing of property.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:        Joseph J. Rogers, Esq

Address:      900 Route 168, Suite I-4, Turnersville, NJ 08012

Telephone No.: 856-228-7964

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
David E. Jenkins
      Debtor

Case No. 13-25499-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Nov 14, 2017
                   Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db            +David E. Jenkins,   1808 Cornus Court,   Williamstown, NJ 08094-4628
cr            +PORTFOLIO RECOVERY ASSOCIATES LLC,   Craner Satkin Scheer Schwartz & Hanna,   320 Park Avenue,
                PO Box 367,   Scotch Plains, NJ 07076-0367
514077867     +Attorney General,   Hughes Justice Complex,   PO Box 080,   Trenton, NJ 08625-0080
514077871     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  FIA Card Services,   PO Box 982235,   El Paso, TX  79998-2235)
514077868      Bank Of America,   4060 Ogletown/stanton Rd,   Newark, DE  19713
514077869     +Craner, Satkin, Scheer & Schwartz,   320 Park Avenue,   Scotch Plains, NJ 07076-1100
514077870      Credit First NA,   PO Box 81344,   Cleveland, OH  44188-0344
514153111     +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
514077872     ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
               (address filed with court:  Forster, Garbus & Garbus,   60 Motor Pkwy,
               Commack, NY  11725-5710)
514689746     +MOHELA on behalf of Dept. of ED,   633 Spirit Dr,   Chesterfield MO 63005-1243
514077876     +Maneri And Maroules LLC,   30 Two Bridges Road Ste 260,   Fairfield, NJ 07004-1551
514105765     +PORTFOLIO RECOVERY ASSOCIATES LLC,   c/o Craner Satkin Scheer Schwartz & Hann,
                320 Park Avenue, PO Box 367,   Scotch Plains, NJ 07076-0367
514077877     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  NJ Division Of Taxation,   Bankruptcy Section,   PO Box 245,
               Trenton, NJ  08695-0245)
514077879     +Sherrie Y Jenkins,   1808 Cornus Ct.,   WIlliamstown, NJ 08094-4628
514077880      State Of New Jersey,   Division Of Taxation,   CN-190,   Trenton, NJ  08650
514077881      US Department Of Education,   PO Box 530315,   Atlanta, GA  30353-0315
514342303     +Wells Fargo Bank,   PO Box 63491 MAC A0143-042,   San Francisco, Ca 94163-0001
514158992     +Wells Fargo Bank NA,   1 Home Campus,   MAC X2303-01A,   Des Moines, IA 50328-0001
514077882     +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
514183295      Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
                Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 23:35:07     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 23:35:04     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514077866     +E-mail/Text: bkr@cardworks.com Nov 14 2017 23:34:17     Advanta Bank Corp,   Po Box 31032,
                Tampa, FL 33631-3032
514311222      E-mail/Text: bkr@cardworks.com Nov 14 2017 23:34:17     Advanta Bank Corporation,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
514163119      E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2017 23:34:50     Green Tree Servicing, LLC,
                PO BOX 6154,   Rapid City, SD  57709-6154
514077873      E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2017 23:34:50     Greentree Servicing LLC,
                PO Box 6172,   Rapid City, SD  57709-6172
514077874      E-mail/Text: cio.bncmail@irs.gov Nov 14 2017 23:34:42     Internal Revenue Service,
                Bankruptcy Department,   955 South Springfield Avenue,   Springfield, NJ  08071
514077875     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2017 23:32:40     Lowe's,   Po Box 103104,
                Roswell, GA 30076-9104
514352820      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 23:32:50
                Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
514077878     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 23:46:05
                Portfolio Recvry&affil,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502-4952
                                                                            TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
               (address filed with court:  Green Tree Servicing LLC,   Po Box 6154,   Rapid City, SD  57709)
514216750*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2017
                              Form ID: pdf905          Total Noticed: 30

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
          Brian D. Schwartz    on behalf of Creditor    PORTFOLIO RECOVERY ASSOCIATES LLC
           bschwartz@css-pc.com,  suzanne.marcela@css-pc.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
          Joseph J. Rogers    on behalf of Debtor David E. Jenkins jjresq@comcast.net,  jjresq1@comcast.net
          Justin Plean    on behalf of Creditor    Green Tree Servicing LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
                                                                              TOTAL: 9
```