UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus II
901 Route 168, Suite 109
Turnersville, NJ 08012
(856) 228-7964

Order Filed on December 12, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

David E. Jenkins

Case No.: 13-25499

Chapter: _____

Judge: Jerrold N. Poslusny Jr.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 12, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: David E. Jenkins
Case No.: 13-25499 JNP
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, AND SETTING HEARING AND LIMITING NOTICE

After review of the application of ___Order Shortening Time Period___ for the reduction of time for a hearing on ___Motion to Sell___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___December 15, 2017.___ at ___9:00 a.m.___ in the United States Bankruptcy Court, ___Mitchell Cohen Federal Court House___, Courtroom No. ___4C___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Portfolio Recovery c/o Managing Agent/President or Officer, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
Portfolio Recovery c/o Managing Agent/President or Officer, 120 Corporate Blvd., Ste 100,

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*