UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus II
901 Route 168, Suite 109
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on December 12,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:

David E. Jenkins

Case No.: _____13-25499_____

Chapter: _____

Judge: ___Jerrold N. Poslusny Jr.___

ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 12, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: David E. Jenkins
Case No.: 13-25499 JNP

Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE,AND SETTING HEARING AND LIMITING NOTICE

After review of the application of _____Order Shortening Time Period_____ for the reduction of

time for a hearing on __Motion to Sell_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____December 15, 2017 ._____ at _9:00 a.m._ in

the United States Bankruptcy Court, _____Mitchell Cohen Federal Court House_____,

Courtroom No. ___4C___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

 Portfolio Recovery c/oManaging Agent/President or Officer, 120 Corporate Blvd., Ste 100,_____

Norfolk, VA 23502_____

by ☐ each, ☒ any of the following methods selected by the Court:

        ☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

 Portfolio Recovery c/oManaging Agent/President or Officer, 120 Corporate Blvd., Ste 100,_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

        ☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

    ☒ on the same day as the date of this order, or

    ☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

    ☒ is not required

    ☐ must be provided to _____

        ☐ on the same day as the date of this Order, or

        ☐ within _____ day(s) of the date of this Order.

2

Case 13-25499-JNP Doc 65 Filed 12/14/17 Entered 12/14/17 15:11:06 Desc Proposed Order Page 3 of 3

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-25499-JNP
David E. Jenkins                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Dec 12, 2017
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             +David E. Jenkins,   1808 Cornus Court,   Williamstown, NJ 08094-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
        Brian D. Schwartz    on behalf of Creditor    PORTFOLIO RECOVERY ASSOCIATES LLC
         bschwartz@css-pc.com,  suzanne.marcela@css-pc.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
        Joseph J. Rogers    on behalf of Debtor David E. Jenkins jjresq@comcast.net,  jjresq1@comcast.net
        Justin Plean    on behalf of Creditor   Green Tree Servicing LLC jplean@rasflaw.com,
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
                                                                        TOTAL: 9