UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on February 22,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:

David E. Jenkins

Case No.: _____ 13-25499 JNP _____

Chapter: _____ 13 _____

Judge: _____ Jerrold N. Poslusny, Jr _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____ for a total of $_____800_____ . The allowance shall be payable:

☒      through the Chapter 13 plan as an administrative priority.

❑      outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1563_____ per month for _____5 more_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-25499-JNP
David E. Jenkins                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1          Date Rcvd: Feb 22, 2018
                             Form ID: pdf903         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db            #+David E. Jenkins,   1808 Cornus Court,   Williamstown, NJ 08094-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Brian D. Schwartz    on behalf of Creditor    PORTFOLIO RECOVERY ASSOCIATES LLC
           bschwartz@css-pc.com,  suzanne.marcela@css-pc.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor David E. Jenkins jjresq@comcast.net,  jjresql@comcast.net
          Justin Plean    on behalf of Creditor   Green Tree Servicing LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   Green Tree Servicing LLC dnj@pbslaw.org
                                                                          TOTAL: 9